KAMER ZUCKER ABBOTT
Scott M. Abbott    #4500
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
sabbott@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT S. ROUSE, an individual, | Case No. 2:17-cv-02939-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT WYNN LAS VEGAS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WYNN LAS VEGAS, LLC, | |
| Defendant | *(First Request)* |

Plaintiff Scott S. Rouse ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Wynn's response to Plaintiff's Complaint from the current deadline of January 4, 2018, up to and including January 11, 2018. In support of this Stipulation and Request, the parties state as follows:

1. Defendant Wynn was served with the Summons and Complaint in this matter on December 14, 2017, rendering its response to the Complaint due by January 4, 2018.

2. Counsel for Defendant is traveling out of state through January 5, 2018. Both parties have conferred regarding Wynn's request for an extension of time to respond to the Complaint, and Plaintiff's counsel has indicated he has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide Wynn's counsel with sufficient time to review and respond to Plaintiff's Complaint.

///

1     WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant Wynn to respond to Plaintiff's Complaint, up to and including January 11, 2018.

    DATED this 2nd day of January, 2018.

Respectfully submitted,            Respectfully submitted,

/s/ Michael T. Gebhart            /s/ Scott M. Abbott
Michael T. Gebhart, Esq.   #7718      Scott M. Abbott     #4500
GEBHART LAW, LLC                KAMER ZUCKER ABBOTT
728 Fortacre Street                   3000 West Charleston Blvd., Suite 3
Henderson, Nevada 89002          Las Vegas, NV 89102
Tel: (702) 324-8341                  Telephone: (702) 259-8640
                                         Facsimile: (702) 259-8646

Attorney for Plaintiff
Scott S. Rouse                        Attorneys for Defendant
                                         Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

January 4, 2018
_____         _____
**DATE**                                     **UNITED STATES MAGISTRATE JUDGE**