KAMER ZUCKER ABBOTT
Scott M. Abbott       #4500
Neil C. Baker         #14476
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
sabbott@kzalaw.com
nbaker@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT S. ROUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>Defendant | Case No. 2:17-cv-02939-JCM-CWH<br><br>**STIPULATION AND REQUEST FOR EARLY NEUTRAL EVALUATION SESSION**<br><br>*(First Request)* |

Pursuant to Local Rule 16-6, Plaintiff Scott S. Rouse ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through their respective counsel of record, stipulate and request that the Court schedule an Early Neutral Evaluation ("ENE") session for this case. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff filed his Complaint in this case on November 27, 2017 (ECF No. 1), alleging that Wynn, his former employer, interfered with his rights under the Family and Medical Leave Act of 1993, 29 U.S.C §2601 et seq. ("FMLA").

2. Wynn filed its Answer to the Complaint on January 11, 2018 (ECF No. 6).

3. Counsel for both Plaintiff and Wynn conducted their Rule 26(f) conference on February 5, 2018, during which they discussed the potential of an ENE session being conducted in this matter.

4. Both Plaintiff and Wynn believe that an ENE session may be beneficial in this case, even though the FMLA is not one of the enumerated statutes listed within Local Rule 16-6 that would ordinarily trigger the scheduling of an ENE session.

WHEREFORE, the parties respectfully request that the Court refer this matter to a U.S. Magistrate Judge for the scheduling of an ENE session.

DATED this 1st day of March, 2018.

Respectfully submitted,

/s/ Michael T. Gebhart
Michael T. Gebhart, Esq.     #7718
GEBHART LAW, LLC
728 Fortacre Street
Henderson, Nevada 89002
Tel: (702) 324-8341

Attorney for Plaintiff
Scott S. Rouse

Respectfully submitted,

/s/ Neil C. Baker
Scott M. Abbott     #4500
Neil C. Baker     #14476
KAMER ZUCKER ABBOTT
3000 West Charleston Blvd., Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640

Attorneys for Defendant
Wynn Las Vegas, LLC

IT IS SO ORDERED.

DATED: March 2, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE