# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SCOTT S. ROUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>        Defendant. | 2:17-cv-02939-JCM-VCF<br>**ORDER** |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for June 22, 2018 is VACATED and RESCHEDULED to 10:00 AM, July 6, 2018. All else as stated in the Order (ECF No. 16) scheduling the ENE remains unchanged.

DATED this 31st day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE