# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

SCOTT S. ROUSE,

    Plaintiff,

vs.

WYNN LAS VEGAS, LLC,

    Defendant.

2:17-cv-02939-JCM-VCF

**ORDER**

Before the Court is the Stipulation and Request to Vacate Early Neutral Evaluation Session (ECF NO. 18).

Accordingly,

IT IS HEREBY ORDERED that an in-chambers telephonic hearing on the Stipulation and Request to Vacate Early Neutral Evaluation Session (ECF NO. 18) is scheduled for 11:00 AM, June 19, 2018.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 15th day of June, 2018.

                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE