KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Neil C. Baker            #14476
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:    (702) 259-8646
sabbott@kzalaw.com
nbaker@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT S. ROUSE, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>     Defendant | Case No. 2:17-cv-02939-JCM-CWH<br><br>**STIPULATION AND REQUEST TO CONTINUE JUNE 19, 2018 TELEPHONIC HEARING**<br><br>**(First Request)** |

  The parties, by and through their respective counsel of record, stipulate and request that the Court vacate and reschedule the in-chambers telephonic hearing currently set for June 19, 2018, before United States Magistrate Judge Cam Ferenbach.  In support of this Stipulation and Request, the parties state as follows:

  1.  On June 15, 2018, the Court entered an Order (ECF No. 19) scheduling an in-chambers telephonic hearing for June 19, 2018 at 11:00 a.m. on the Stipulation and Request to Vacate Early Neutral Evaluation Session (ECF No. 19) filed earlier that same day.

  2.  Counsel for Defendant has a hearing already scheduled for June 19, 2018 at 11:00 a.m. before the Honorable Richard F. Boulware in *Jose Betancourt v. Nevada Property 1 LLC*, Case No. 2:17-cv-2452-RFB-VCF.

  3.  Counsel for Defendant has requested and Plaintiff's counsel has agreed to continue the current June 19, 2018 telephonic hearing in this matter to the next available date on the Court's

calendar. The parties have conferred and offer the following dates for the Court's rescheduling consideration: June 26, 27, 28 or July 2, 2018.

4.      This request to continue the June 19, 2018 telephonic hearing is not sought for any improper purpose or other reason of delay. Rather, it is sought only due to the current scheduling conflict for Defendant's counsel as stated herein.

5.      This is the first request to continue the June 19, 2018 telephonic hearing.

WHEREFORE, the parties respectfully request that the Court vacate the current telephonic hearing date of June 19, 2018 and continue said hearing to the next available date on the Court's calendar which is also available to the parties' respective counsel.

DATED this 18th day of June, 2018.


Respectfully submitted,                    Respectfully submitted,

/s/ Michael T. Gebhart                     /s/ Scott M. Abbott
Michael T. Gebhart, Esq.      #7718        Scott M. Abbott              #4500
GEBHART LAW, LLC                           Neil C. Baker               #14476
728 Fortacre Street                        KAMER ZUCKER ABBOTT
Henderson, Nevada 89002                    3000 West Charleston Blvd., Suite 3
Tel: (702) 324-8341                        Las Vegas, NV 89102
                                           Telephone: (702) 259-8640


Attorney for Plaintiff                     Attorneys for Defendant
Scott S. Rouse                             Wynn Las Vegas, LLC

                                           IT IS HEREBY ORDERED that the in-chambers telephonic hearing
                                           scheduled for 11:00 AM, June 19, 2018, is VACATED and
                                           RESCHEDULED to 11:00 AM, June 28, 2018. The call-in telephone
                                           number is (888)273-3658, access code: 3912597. The call must be made
                                           five minutes prior to the hearing time. The Court will join the call and
             **IT IS SO ORDERED.**         convene the proceedings.


 June 18, 2018
_____                    _____
**DATE**                                   **UNITED STATES MAGISTRATE JUDGE**