KAMER ZUCKER ABBOTT
Scott M. Abbott     #4500
Kaitlin H. Paxton   #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT S. ROUSE, | Case No. 2:17-cv-02939-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |
| WYNN LAS VEGAS, LLC, | |
| Defendant. | **(First Request)** |

Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective counsel of record, stipulate and request that the Court extend the dispositive motion deadline from the current deadline of August 9, 2018 to **August 31, 2018**. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff filed his Complaint in this matter on November 27, 2017 (ECF No. 1). Defendant filed its Answer to the Complaint on January 11, 2018 (ECF No. 6).

2. The parties recently completed discovery as of July 10, 2018. On July 6, 2018, Defendant conducted Plaintiff's deposition. On July 10, 2018, Plaintiff conducted a deposition of Defendant's designated corporate representative pursuant to Fed. R. Civ. P. 30(b)(6).

3. The court reporter for both of the above-referenced depositions has advised the parties that the transcripts of the depositions will be prepared two (2) weeks following the respective deposition dates. The deposition transcripts are therefore not expected to be completed until July 20 and 23, 2018, respectively. The deponents will then each have 30 days to review and make any necessary changes to their deposition transcripts.

4. Based on this time frame, the deposition review/correction process will likely not be completed before the current August 9, 2018 dispositive motion deadline.

5. Since the depositions taken by the parties will be important for briefing any dispositive motions that are filed, the parties are seeking an extension of time of the dispositive motion deadline to allow for the completion of the deposition review process by both parties.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time to complete dispositive motions in this case following the conclusion of the deposition review process as set forth above.

7. This is the first request for an extension of time of the dispositive motion deadline in this matter. Pursuant to LR 26-4, this Request has been made at least 21 days prior to the current dispositive motion deadline.

8. This Stipulation shall only extend the dispositive motion deadline. No other deadlines shall be extended as a result of this Stipulation.

///

///

///

///

WHEREFORE, the parties respectfully request that the Court extend the dispositive motion deadline from **August 9, 2018 to August 31, 2018** in this matter.

DATED this 12th day of July, 2018.

Respectfully submitted,

/s/ *Michael T. Gebhart*

Michael T. Gebhart, Esq.     #7718
GEBHART LAW, LLC
728 Fortacre Street
Henderson, Nevada 89002
Tel: (702) 324-8341

Attorney for Plaintiff
Scott S. Rouse

Respectfully submitted,

/s/ *Scott M. Abbott*

Scott M. Abbott                    #4500
Kaitlin H. Paxton                  #13625
KAMER ZUCKER ABBOTT
3000 West Charleston Blvd., Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640

Attorneys for Defendant
Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

July 13, 2018
**DATE**                                             **UNITED STATES MAGISTRATE JUDGE**