1
MICHAEL T. GEBHART, ESQ.
Nevada Bar No. 7718
2
GEBHART LAW, LLC
728 Fortacre St.
3
Henderson, Nevada 89002
Telephone: 702.324.8341
4
michael@gebhartlawyer.com

5
Attorney for Plaintiff
Scott S. Rouse
6

7
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
8

SCOTT S. ROUSE,                        )        Case No. 2:17-cv-02939-JCM-CWH
9                                       )
                        Plaintiff,      )
10                                      )        **STIPULATION AND REQUEST FOR**
vs.                                     )        **EXTENSION OF DISPOSITIVE**
11                                      )        **MOTION OPPOSITION AND REPLY**
WYNN LAS VEGAS, LLC,                    )        **DEADLINES**
12                                      )
                        Defendant.      )        **(Second Request)**
13      _____)

14              Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective counsel of

15      record, stipulate and request that the Court extend the dispositive motion opposition and reply

16      deadlines by two weeks each. Defendant filed its Motion for Summary Judgment on August 27, 2018.

17      The current deadline to oppose the motion is September 17, 2018. The parties stipulate that Plaintiff

18      may have an additional 14 days to file an Opposition, or no later than October 1, 2018. The parties

19      also stipulate that Defendant will then have an additional 14 days to file a Reply, or no later than

20      October 29, 2018.  In support of this Stipulation and Request, the parties state as follows:

21          1.   Plaintiff filed his Complaint in this matter on November 27, 2017 (ECF No. 1).  Defendant

22               filed its Answer to the Complaint on January 11, 2018 (ECF No. 6).

23

24

2. The parties completed discovery as of July 10, 2018.  On July 6, 2018, Defendant conducted Plaintiff's deposition.   On July 10, 2018, Plaintiff conducted a deposition of Defendant's designated corporate representative pursuant to Fed. R. Civ. P. 30(b)(6).

3. Plaintiff has been ill and has been unable to meet his counsel to discuss the Motion in any great detail. Additionally, counsel for the parties each have out of state travel plans that necessitate some additional time to fully complete briefing. This request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely to allow sufficient time to prepare and file the necessary briefs.

4. This is the second request for an extension of time of the dispositive motion deadlines in this matter.  The first request was due to the timing of deposition transcripts, which were not readily available at the time of the original dispositive motion deadline.

5. This Stipulation shall only extend the dispositive motion opposition and reply briefing deadlines.  No other deadlines shall be extended as a result of this Stipulation.

///

///

///

///

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff to oppose Defendant's Motion for Summary Judgment from **September 17, 2018 to October 1, 2018,** and similarly extend the deadline for Defendant to file a Reply from **October 15, 2018 to October 29, 2018**.

DATED this 14th day of September, 2018.

Respectfully submitted,

Respectfully submitted,

/s/ *Michael T. Gebhart*

/s/ *Scott M. Abbott*

| | | | |
|---|---|---|---|
| Michael T. Gebhart, Esq. | #7718 | Scott M. Abbott | #4500 |
| GEBHART LAW, LLC | | Kaitlin H. Paxton | #13625 |
| 728 Fortacre Street | | KAMER ZUCKER ABBOTT | |
| Henderson, Nevada 89002 | | 3000 West Charleston Blvd., Suite 3 | |
| Tel: (702) 324-8341 | | Las Vegas, NV 89102 | |
| | | Telephone: (702) 259-8640 | |

Attorney for Plaintiff
Scott S. Rouse

Attorneys for Defendant
Wynn Las Vegas, LLC

**IT IS SO ORDERED.**

September 17, 2018

**DATE**

UNITED STATES DISTRICT JUDGE