KAMER ZUCKER ABBOTT
Scott M. Abbott                #4500
Kaitlin H. Paxton              #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT S. ROUSE,<br><br>                    Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>                    Defendant. | Case No. 2:17-cv-02939-JCM-DJA<br><br><br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 8th day of January 2021.

Respectfully submitted,

| GEBHART LAW, LTD. | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Michael T. Gebhart* <br> Michael T. Gebhart   #7718 <br> 728 Fortacre Street <br> Henderson, Nevada 89002 <br> Tel: (702) 324-8341 <br><br> Attorney for Plaintiff <br> Scott S. Rouse | By: /s/ *Scott M. Abbott* <br> Scott M. Abbott     #4500 <br> Kaitlin H. Paxton    #13625 <br> 3000 West Charleston Boulevard, Suite 3 <br> Las Vegas, Nevada 89102-1990 <br> Tel:  (702) 259-8640 <br><br> Attorneys for Defendant <br> Wynn Las Vegas, LLC |

**IT IS SO ORDERED.**

January 13, 2021
**DATE**                                     **UNITED STATES DISTRICT JUDGE**